

# PHILADELPHIA
## INSURANCE COMPANIES

A Member of the Tokio Marine Group

**Surety Claims Department**
P.O. Box 3636
Bala Cynwyd, PA 19004

December 16, 2018

VIA FEDERAL EXPRESS

Attn: Paul Galaforo
Galaforo Construction LLC
1770 Stumpf Blvd
Terrytown, LA 70056
Gretna, LA 70053

Paul M. Galaforo
919 Amelia St
Gretna, LA 70053

**EXHIBIT "C"**

Re:     Surety:     Philadelphia Indemnity Insurance Company ("Philadelphia")
       Principal:    Galaforo Construction LLC
       Re:          Indemnity Obligations to Philadelphia

Dear Mr. Galaforo:

Philadelphia Indemnity Insurance Company ("Philadelphia") has sent multiple correspondences regarding the need for you to respond to claims on bonds written on behalf of Galaforo Construction, LLC. We spoke earlier this month and you had stated that you would call me back within 48 hours and attempt to resolve. I have not received any further communication from your office. The only defenses you offered by telephone were that you needed the warranty from Trulite to collect final payment from Owner. However, Philadelphia understands that the remaining funds on the project are not sufficient to resolve both the claims from Trulite and Star Auto Glass. Further, the defense of paid if paid in Louisiana is not a defense to a surety. Additionally, Trulite has offered to exchange the warranty for payment of its services. Under the circumstances we must advise you that we have exhausted all reasonable efforts to elicit a response to our inquiries and we are making determinations n the claims. We will look to the Principal and Indemnitors for immediate reimbursement.

Please recall that as partial consideration for our execution of the above referenced bond, you agreed to indemnify and hold harmless the Surety from all loss, costs and expenses relating to this bond as more particularly set forth in the General Indemnity Agreement and the failure of the Principal and Indemnitors to pay its subcontractors and suppliers is an event of default under the General Indemnity Agreement. Philadelphia fully intends to pursue all of its rights and the Principal's and Indemnitors' obligations under the General Indemnity Agreement. Of course, any costs, expenses, and fees incurred in pursuing our indemnity rights will also be the joint responsibility of the Principal and Indemnitors. We hereby demand

*An email response to this correspondence is preferred, including the transmission of requested documentation.

# PHILADELPHIA INSURANCE COMPANIES

A Member of the Tokio Marine Group

**Surety Claims Department**
P.O. Box 3636
Bala Cynwyd, PA 19004

that the Principal and Indemnitors hold Philadelphia harmless and discharge the Bond issued by Philadelphia.

Moreover, under the terms and conditions of the General Indemnity Agreement, the Principal and Indemnitors also agreed to deposit collateral immediately upon demand. Philadelphia hereby demands collateral in the sum of $150,000. This collateral should be in form of irrevocable letter of credit from a bank approved by Philadelphia and received no later than 5 days from the date of this letter.

Lastly, the principal and indemnitors have an obligation to protect the contract funds from the projects for the benefit of the subcontractors and suppliers on the project. The failure to do so is both a violation of the General Indemnity Agreement. Any trust funds currently in possession of the Principal and/or Indemnitors must be protected. Moreover, we demand that the Principal direct all the remaining contract funds from the Project directly to Philadelphia. We have attached a copy of a letter sent to the Jefferson Parish School Board directing the funds to Philadelphia. We will take whatever actions we deem necessary to protect the contract funds and enforce the obligations of the Principal and Indemnitors to Philadelphia.

This correspondence is written under a full and continuing reservation of all rights and defenses available to Philadelphia under the terms of the General Indemnity Agreement, at law or in equity. Philadelphia reserves all rights and defense available under the terms of the bond, applicable contract documents or applicable law. Nothing contained in this letter is, and shall not be construed as, an admission of liability or a waiver of any of Philadelphia's rights or defenses. All such rights and defenses are fully reserved whether or not mentioned herein or in subsequent communications. Subject to this continuing reservation, we look forward to hearing from you. Please include the claim number referenced above on all communications.

Sincerely,

*Jennifer M. Leuschner* (signature)

Jennifer M. Leuschner
Claims Manager
Jennifer.Leuschner@phly.com
972-532-5595 (office)
214-601-8433 (cell)

cc:   Dan Ruggieri

*An email response to this correspondence is preferred, including the transmission of requested documentation.

Philadelphia Consolidated Holding Corp. • Philadelphia Indemnity Insurance Company • Philadelphia Insurance Company • Maguire Insurance Agency, Inc.