HILADELPHIA INDEMNITY INSURANCE COMPANY
AIMS ACCOUNT
IE BALA PLAZA STE 100
LA CYNWYD, PA  19004

Date: 02/22/2019
Check#: 3000250876
Amount: $49,886.41

Trulite Glass & Aluminum Solutions, LLC
403 Westpark Court   Suite 201
Peachtree City      GA 30269

Questions concerning this payment? Contact our Claims Department at 1-800-765-9749 and reference the claim number when calling.

YEE             Trulite Glass & Aluminum Solutions, LLC

LICY HOLDER     Galaforo Construction LLC                                     DOL      10/31/2017
AIM#            PHYT18041166753                                               PAYMENT  FINAL
LICY NUMBER     E02671700087-0                                                TYPE     LOSS
VOICE NUMBER    FINALPAYMENT

AMINER          Leuschner, Jennifer

MMENTS

EASE DETACH BEFORE DEPOSITING CHECK

LADELPHIA INDEMNITY INSURANCE COMPANY
IMS ACCOUNT
E BALA PLAZA STE 100
LA CYNWYD, PA  19004


PHILADELPHIA INSURANCE COMPANY
A Member of the Tokio Marine Group

11-24/1210

Date: 02/22/2019
Check #: 3000250876
Amount
$49,886.41

y Exactly**FORTY-NINE THOUSAND EIGHT HUNDRED EIGHTY-SIX AND 41/100 - US Dollars**

TO      Trulite Glass & Aluminum Solutions, LLC

ICY HOLDER   Galaforo Construction LLC          DOL      10/31/2017
CLAIM #      PHYT18041166753                    PAYMENT  FINAL
ICY NUMBER   E02671700087-0                     TYPE     LOSS
ELLS FARGO BANK, N.A.

Memo:

Authorized Signer


EXHIBIT "D"

C03000250876C  A121000248A  2100003191937C

ILADELPHIA INDEMNITY INSURANCE COMPANY
AIMS ACCOUNT
IE BALA PLAZA STE 100
LA CYNWYD, PA  19004

Date:     02/22/2019
Check#:   3000250875
Amount:   $87,142.57

Star Auto Glass, Inc.
Attn: Kathleen Gaudin 1000 Westbank Expressway
Gretna   LA 70053

Questions concerning this payment? Contact our Claims Department at 1-800-765-9749 and reference the claim number when calling.

YEE             Star Auto Glass, Inc.

LICY HOLDER     Galaforo Construction LLC                                   DOL       10/31/2017
AIM#            PHYT18041166753                                             PAYMENT   FINAL
LICY NUMBER     E02671700087-0                                              TYPE      LOSS
VOICE NUMBER    FULL&FINAL

AMINER          Leuschner, Jennifer

MMENTS

EASE DETACH BEFORE DEPOSITING CHECK

---

ILADELPHIA INDEMNITY INSURANCE COMPANY
IMS ACCOUNT
E BALA PLAZA STE 100
A CYNWYD, PA  19004

**PHILADELPHIA INDEMNITY INSURANCE COMPANY**
A Member of the Tokio Marine Group

11-24/1210

Date:      02/22/2019
Check #:   3000250875

**Amount**
$87,142.57

y Exactly **EIGHTY-SEVEN THOUSAND ONE HUNDRED FORTY-TWO AND 57/100 - US Dollars**

TO     Star Auto Glass, Inc.


Authorized Signer

ICY HOLDER     Galaforo Construction LLC          DOL       10/31/2017
CLAIM #        PHYT18041166753                    PAYMENT   FINAL
ICY NUMBER     E02671700087-0                     TYPE      LOSS
ELLS FARGO BANK, N.A.

Memo:

C03000250875C   A121000248A   2100003191937C