

# KREBS | FARLEY PLLC
ATTORNEYS AT LAW

CRAIG N. MANGUM
PARTNER
LOUISIANA, MISSISSIPPI,
TENNESSEE
PHONE: (504) 299-3570
FAX:      (504) 299-3582
cmangum@kfplaw.com

February 27, 2019

0578-0018

*Via Certified Mail – Return Receipt Requested*
Attn: Paul Galaforo
Galaforo Construction, LLC
1770 Stumpf Boulevard
Gretna, Louisiana 70056

*Via Certified Mail – Return Receipt Requested*
Paul M. Galaforo
919 Amelia Street
Gretna, Louisiana 70053

| | |
|---|---|
| Re: | Performance of Obligations Under Indemnity Agreement |
| Surety: | Philadelphia Indemnity Insurance Company |
| Principal: | Galaforo Construction, LLC |

Dear Mr. Galaforo:

We represent Philadelphia Indemnity Insurance Company ("Philadelphia") in its enforcement of the General Indemnity Agreement ("Indemnity Agreement") that you executed personally and on behalf of Galaforo Construction, LLC on February 5, 2015. We take this opportunity to again notify you of your breach of the Indemnity Agreement and advise you of Philadelphia's actions to enforce the Indemnity Agreement.

Under the Indemnity Agreement, you, personally, and Galaforo Construction, LLC (collectively, the "Indemnitors") agreed to indemnify and hold harmless Philadelphia from and against any and all demands, liabilities, costs, penalties, obligations, interest, damages, and expenses, including, but not limited to, attorneys' fees relating to any bond issued by Philadelphia in favor of the Indemnitors. You further agreed to provide Philadelphia collateral security. You have failed to perform your obligations under the Indemnity Agreement, necessitating action by Philadelphia.

On December 16, 2018, Philadelphia advised you that it had exhausted all reasonable efforts to elicit a response from you to Philadelphia's inquiries and that Philadelphia would look to the Indemnitors for immediate reimbursement for any losses or expenses Philadelphia incurred related to its issuance of bonds. Pursuant to the terms


EXHIBIT "E"

Paul Galaforo
February 27, 2019
Page 2

of the Indemnity Agreement, Philadelphia demanded the Indemnitors provide collaterals security of $150,000 in the form of an irrevocable letter of credit.

You failed to respond to Philadelphia's December 16, 2018 correspondence and, in contravention of your obligations under the Indemnity Agreement, failed to collateralize Philadelphia. Pursuant to Philadelphia's rights, and the Indemnitors' obligations, under the Indemnity Agreement, Philadelphia hereby demands you reimburse Philadelphia for the $139,030.00 losses it has incurred through payment of subcontractors under the bond.

Due to your failure to respond to Philadelphia's demand or fulfill your obligations under the Indemnity Agreement, Philadelphia hereby notifies you that it will file a UCC-1 Financing Statement, asserting its security rights in, and lien on, all of Indemnitors' equipment, machinery, plant, inventory, insurance policies, vehicles, tools, real property, and materials, as well as any sums, claims, causes of action, accounts, accounts receivable, and rights due or to become due in connection with any contract, whether or not bonded by Philadelphia.

If you fail to reimburse and indemnify Philadelphia for losses and expenses already incurred, Philadelphia will file a complaint in the United States District Court for the Eastern District of Louisiana, through which Philadelphia will seek enforcement and specific performance of the Indemnity Agreement, collection of all amounts due Philadelphia, and payment of any and all attorneys', consultants', or other fees incurred by Philadelphia in connection with the bond or the Indemnity Agreement.

**Please indemnify Philadelphia and deposit the demanded collateral security by Wednesday, March 6, 2019.** If you do again fail to indemnify and reimburse Philadelphia by March 6, 2019, Philadelphia will file its complaint and protect its rights through litigation.

Philadelphia reserves all rights, claims, and defenses available to it under any bonds issued in favor of the Indemnitors, under Indemnity Agreement, at law, or in equity, and nothing in this letter shall be construed as an admission of liability or waiver of any of Philadelphia's rights or defenses.

Paul Galaforo
February 27, 2019
Page 3

      With kind regards, I remain

                                  Sincerely,

                                  Craig N. Mangum

cc:    David J. Krebs