UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | CIVIL ACTION NO. 2:19-cv-02444 |
| *Plaintiff* | |
| VERSUS | SECTION: "A"<br>JUDGE: HON. JAY C. ZAINEY |
| PAUL M. GALAFORO AND<br>GALAFORO CONSTRUCTION, LLC | DIVISION: 5<br>MAGISTRATE: HON. MICHAEL B. NORTH |
| *Defendants* | |

## ORDER

Considering the foregoing Motion for Default Judgment Against Defendants filed by Plaintiff, Philadelphia Indemnity Insurance Company ("Philadelphia") and the pleadings in the record,

the Motion for Default Judgment Against Defendants is hereby GRANTED;

it is hereby ORDERED that a judgment of default is hereby entered against Defendants, Paul M. Galaforo ("Mr. Galaforo") and Galaforo Construction, L.L.C. ("Galaforo Construction") pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure; and,

it is further ORDERED that Philadelphia is awarded a judgment of damages against Mr. Galaforo and Galaforo Construction of $141,121.78, plus judicial interest from the date of demand until paid.

Signed on the 20th of August, 2019, in New Orleans, Louisiana.

HON. JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE