UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE CO. | CIVIL ACTION |
| VERSUS | NO: 19-2444 |
| PAUL M. GALAFORO, ET AL. | SECTION: "A" (5) |

### ORDER

The following motion is before the Court: **Motion to Have Defendant Paul M. Galaforo Held in Contempt (Rec. Doc. 49)** filed by Philadelphia Indemnity Insurance Co. No response has been filed. The motion, submitted for consideration on October 11, 2023, is before the Court on the briefs without oral argument.

On August 20, 2019, a judgment of default was entered against Paul M. Galaforo and Galaforo Construction, LLC in the amount of $141,121.78 plus interest. (Rec. Doc. 12). For the last four years this Court has granted numerous requests by the plaintiff to employ various types of legal process to obtain recovery on the default judgment. But as of today the defendants have not made any payment towards the judgment or indicated any willingness to do so. The plaintiff asks this Court to hold the defendants in civil contempt.

The plaintiff cites no authority in its motion to suggest that civil contempt is an appropriate remedy under the circumstances. According to the plaintiff's briefing, Galaforo and his attorney participated in the judgment debtor examination but Galaforo stated that he did not have any assets or anything of value in his possession that would satisfy the judgment. (Rec .Doc. 49-1, Memorandum in Support at 2). Thus far nothing that the plaintiff has uncovered has disproved that assertion. The plaintiff's public records

1

search indicates that there are several LLC entities that include Galaforo as a member but that is not necessarily indicative of assets or cash disbursements.

Accordingly;

**IT IS ORDERED** that the **Motion to Have Defendant Paul M. Galaforo Held in Contempt (Rec. Doc. 49)** filed by Philadelphia Indemnity Insurance Co. is **DENIED**.

October 12, 2023

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE